**Electronically Filed
Supreme Court
SCWC-18-0000529
13-NOV-2020
02:07 PM
Dkt. 9 ODAC**

SCWC-18-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————

KATHERINE DUDOIT,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000529; CASE NO. 1DAA-18-00009)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Wilson, JJ., and
Circuit Judge Somerville, assigned by reason of vacancy,
with McKenna, J., dissenting)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on September 14, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 13, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Rowena A. Somerville

